IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | | |
|---|---|---|
| J. CURTIS SMITH and DEBORAH SMITH, | ) ) ) | |
| Plaintiffs, | ) ) | No.: 1:14-cv-00009 |
| VS, | ) ) ) | *Mattice / Lee* |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, J. Curtis Smith and Deborah Smith, through Counsel, pursuant to Rule 41(a)(1)(A)(i) and 41(a)(1)(B) F. R. Civ. P., hereby file this notice of dismissal without prejudice. The opposing party has filed neither an answer nor a motion for summary judgment.

Respectfully submitted,

/s/James R. Paris
James R. Paris, BPR #001454
Attorney for Plaintiffs,
J. Curtis Smith and Deborah Smith
620 Lindsay St., Suite 210
Chattanooga, Tennessee 37403
423.648.7714, ext. 3
423.648.8099 (facsimile)
Jim@jimparislaw.com (email)

Additional Counsel:

        Jared C. Smith, Esq.[1], BPR# 032372
        LAW OFFICE OF JARED C. SMITH, PLLC
        Attorney for Plaintiffs in Civil Action Number
        13-cv-258 in the Circuit Court of Sequatchie
        County, Tennessee
        Post Office Box 1656
        Dunlap, Tennessee 37327
        (865) 776-6980
        attorneyjaredcsmith@gmail.com

**Certificate of Service**

      I hereby certify that on January 10, 2014, the foregoing notice was filed electronically. Notice of this filing was sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Counsel for Defendant was served by email at his business email address of jbarry@chattanoogalawyers.net and by regular U.S. Mail, postage prepaid, at his law office address:

    **John Barry**
    Law Office Milligan-Barry
    P.O. Box 15727
    701 Market Street, Suite 1000
    Chattanooga, Tennessee 37415

This 10th day of January, 2014

                s/ James R. Paris
                James R. Paris

---

[1] Attorney Smith is licensed to practice in the Supreme Court of Tennessee and all Tennessee trial and appellate courts. He is awaiting the next ceremony for admission to practice in the courts of the Eastern District of Tennessee. Attorney Paris has been retained by the Plaintiffs for the sole purpose of filing this notice of dismissal.